UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR416-89 |
| v. | ) | |
| | ) | |
| JACQUELINE MAVITY | ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses, without prejudice, defendant **JACQUELINE MAVITY**, from the indictment herein, said dismissal being in the interests of justice.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Brian T. Rafferty*

Brian T. Rafferty
Assistant United States Attorney

Leave of court is granted for the filing of the foregoing dismissal, without prejudice, from Indictment No. CR416-89.

So ORDERED, this 8 day of January, 2018.

THE HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA